UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                            Chapter 13

MICHAEL JAYE BERTE AND           Case No. 10-B-37437
SUE ANN BERTE,

                        Debtors,
------------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Mr. & Mrs. Berte<br>26 Bridle Lane<br>Chester, New York 10918 | $2,210.00<br><br>refund |

   Trustee's check to your order in the sum of $2,210.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
           August 26, 2011

                                                         Respectfully submitted,
                                                         */s/ Jeffrey L. Sapir*
                                                         JEFFREY L. SAPIR
                                                         Standing Chapter 13 Trustee